## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 39 WAL 2018
:
           Respondent   :
:   Petition for Allowance of Appeal from
:   the Order of the Superior Court
        v.   :
:
:
ROBIN HICKMAN,   :
:
           Petitioner   :

## ORDER

**PER CURIAM**

**AND NOW**, this 24th day of May, 2018, the Petition for Allowance of Appeal is **DENIED**.